IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : : : | CIVIL ACTION NO. 10-117 |
| v. | : : | |
| AECOM USA, INC. | : : : | |
| v. | : : | |
| UCI, INC., et al. | : | |

## ORDER

AND NOW, this 19th day of November, 2010, after consideration of UCI, Inc.'s motion to dismiss the third party complaint (Doc. No. 20); AECOM USA Inc.'s response (Doc. No. 27); UCI's reply (Doc. No. 28); AECOM's sur reply (Doc. No. 33); and supplemental briefing by both parties (Doc. Nos. 64, 65 & 68), it is ORDERED that UCI's motion to dismiss is DENIED.

After consideration of UCI's motion to dismiss Chilton Engineering Inc.'s crossclaim (Doc. No. 37) and Chilton's response thereto (Doc. No. 45), it is FURTHER ORDERED that UCI's motion to dismiss is GRANTED IN PART and DENIED IN PART. UCI's motion is GRANTED insofar as Chilton's crossclaim alleges a claim for indemnity. The indemnity claim is DISMISSED WITHOUT PREJUDICE. UCI's motion is DENIED insofar as Chilton's crossclaim alleges a claim for contribution.

After consideration of UCI's motion to dismiss Ang Associates, Inc.'s crossclaim (Doc. No. 38) and Ang's response thereto (Doc. No. 43), it is FURTHER ORDERED that UCI's motion to dismiss is GRANTED IN PART and DENIED IN PART. UCI's motion is GRANTED insofar as Ang's crossclaim alleges a claim for indemnity. The indemnity claim is DISMISSED WITHOUT PREJUDICE. UCI's motion is DENIED insofar as Ang's crossclaim

alleges a claim for contribution.

After consideration of UCI's motion to dismiss Gannett Fleming, Inc.'s crossclaim (Doc. No. 52) and Gannett Fleming's response thereto (Doc. No. 61), it is FURTHER ORDERED that UCI's motion to dismiss is GRANTED IN PART and DENIED IN PART. UCI's motion is GRANTED insofar as Gannet Fleming's crossclaim alleges a claim for indemnity. The indemnity claim is DISMISSED WITHOUT PREJUDICE. UCI's motion is DENIED insofar as Gannett Fleming's crossclaim alleges a claim for contribution.

The parties are directed to confer and to attempt to agree on a schedule for the case. If they cannot agree a Rule 16 conference will be scheduled.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.