IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : : : | CIVIL ACTION NO. 10-117 |
| v. | : : | |
| AECOM USA, INC. | : : : | |
| v. | : : | |
| UCI, INC., et al. | : | |

## ORDER

AND NOW, this 9th day of December, 2010, after consideration of UCI Architects, Inc.'s alternative motions for reconsideration of my November 19, 2010 Order and for certification of the same Order for interlocutory appeal, it is ORDERED that UCI's motions are DENIED.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.